UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**UNITED STATES OF AMERICA**                              **CRIMINAL ACTION**

**VERSUS**

**STEPHEN LACOMBE**                                       **NO. 24-00001-BAJ-RLB**

## RULING AND ORDER

Before the Court is Defendant's **Motion for Early Termination of Supervised Release (Doc. 2)**, in which the Defendant, having served over eight years of supervised release, moves for the early termination of his fifteen-year term. The Government opposes the Motion (Doc. 5). For the reasons stated herein, the Defendant's Motion will be granted.

Section 3564(c) of the United States Code confers broad discretion on the District Courts to terminate a term of supervised release. *See* 18 U.S.C. § 3564(c); *United States v. Jeanes*, 150 F.3d 483, 484 (5th Cir. 1998) ("In sum, the statute confers broad discretion."). Pursuant to the statute, the Court, after considering the factors set forth in 18 U.S.C. § 3553(a), may terminate a term of supervised release previously ordered "if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice." 18 U.S.C. § 3564(c).

In its Opposition, the Government asserts that "compliance with the terms of supervised release and with the law alone is not enough to warrant early

termination." (Doc. 5 at 3 (citing *United States v. Jones*, No. V-11-21, 2013 U.S. Dist. LEXIS 78470, at *3 (S.D. Tex. June 4, 2013))). The Court disagrees. Unlike the other District Courts cited by the United States, most of which sit outside of the Fifth Circuit, this Court has not previously held that changed circumstances is an additional requirement Defendants must satisfy before the Court will grant a motion for early termination of supervised release. *See, e.g.*, *United States v. Edwards*, No. CRIM.A. 98-00165-RET, 2013 WL 486138 (M.D. La. Feb. 6, 2013). When, as here, the Defendant has served eight years of supervised release in the case of a felony conviction, has compiled fully with all the terms of his supervision, and has otherwise conducted himself as a law-abiding citizen, this Court has found that the factors listed in 18 U.S.C. § 3553(a) weigh in favor of early termination of the supervised release term. *See id.*

Accordingly,

**WHEREAS**, this matter originally came before the United States District Court in the Western District of Louisiana, under Case No. 6:09-cr-102-RTH-CMH; and

**WHEREAS**, on October 13, 2010, Defendant pled guilty in the above captioned matter; and

**WHEREAS**, on February 2, 2011, Defendant was sentenced to 72 months in the Bureau of Prisons to be followed by 15 years of supervised release; and

**WHEREAS**, on January 10, 2024, this matter was transferred to this Court

(Doc. 1); and

**WHEREAS**, on April 3, 2023, Defendant filed a **Motion For Early Termination Of Supervised Release (Doc. 2)**, seeking early termination of Defendant's term of supervised release pursuant to 18 U.S.C. § 3564(c), and showing that Defendant has served eight years of his fifteen-year term of supervised release, has not been the subject of a single complaint or demerit from the U.S. Probation Office, has maintained a stable employment and residence, has satisfactorily complied with all conditions of supervised release, and does not otherwise present a safety risk; and

**WHEREAS**, the U.S. Probation Office does not oppose termination of Defendant's probation prior to the expiration date; and

**WHEREAS**, in consideration of the foregoing, the Court determines that Defendant is statutorily eligible for early termination of supervised release under the provisions of 18 U.S.C. § 3564(c), and that the goals of sentencing and the interests of justice will be served by early termination of Defendant's term of supervised release,

**IT IS ORDERED** that Defendant's term of supervised release be and is hereby **REDUCED** to **TIME-SERVED**, and that Defendant's term of probation be and is

hereby **TERMINATED** as of the date of this Order.

Baton Rouge, Louisiana, this 17th day of April, 2024

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**